JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DANIEL JOSUE BUITRAGO MARQUEZ,

Petitioner,

v.

JAMES JANECKA, et al.,

Respondents.

Case No. 5:26-cv-04086-PD

**JUDGMENT**

**A# 226-105-201**

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus and Ordering Release, IT IS ADJUDGED that the Petition is granted as to Count One under procedural due process, and the remaining claim is dismissed without prejudice.

The Clerk of the Court is directed to close this case.

DATED: August 12, 2026

Patricia Donahue

Patricia Donahue
United States Magistrate Judge